IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

### MOTION FOR PRELIMINARY INJUNCTION

---

COMES NOW the Plaintiff, by and through his undersigned attorney, and hereby moves for an order pending the outcome of this case enjoining the Defendants from (1) conducting an election to recall David Habecker as a Town Trustee of the Town of Estes Park, Colorado and (2) including the pledge of allegiance as part of the official business at meetings of the Town's Board of Trustees.

Attached hereto is a Memorandum of Law which supports the granting of a preliminary injunction. Also attached is a proposed Order. Plaintiff meets all of the requirements for a preliminary injunction under Rule 65, F.R.C.P. and the applicable Local Rules of this Court.

Undersigned counsel hereby certifies that he has communicated with Greg White, Attorney for the Town of Estes Park, Colorado, in a good faith effort to resolve this disputed matter and was unable to reach an agreement. On information and belief, the Attorney for the Town of Estes Park, in association with an attorney he intends to retain, will represent all Defendants except the members of the Petitioner's Committee to Recall Habecker. It is not believed that the members of the Petitioner's Committee to Recall Habecker have retained counsel.

WHEREFORE, it is hereby requested that this Court grant a preliminary injunction.

Respectfully submitted,

*Robert R. Tiernan*

Robert R. Tiernan
Attorney for the Plaintiff
3165 S. Waxberry Way
Denver, CO 80231
(303) 671-2490
Fax: (303) 743-7810