

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

### CERTIFICATE OF SERVICE

---

    I hereby certify that a copy of the Minute Order dated February 3, 2005, was served on February 3, 2005, by depositing in the United States Mail, postage pre-paid, *and via facsimile,* to the following persons:

| | |
|---|---|
| Steve Dawes, Esq. | Greg White, Esq. |
| Light, Harrington & Dawes, PC | 1423 W. 29th Street |
| 1512 Larimer Street #550 | Loveland, CO 80538 |
| Denver, CO 80202 | |

and that it was served on February 3, 2005, by depositing in the United States Mail, postage pre-paid, to the following persons:

| | | |
|---|---|---|
| Dewey Shanks | Norman Pritchard | Richard D. Clark |
| 1760 High Pine Drive | 650 South St. Vrain Avenue | 635 Community Drive |
| Estes Park, CO 80517 | Estes Park, CO 80517 | Estes Park, CO 80517 |

*[signature]*