Case No. 1:05-cv-00153-EWN-MJW   Document 7   filed 02/04/05   USDC Colorado   pg 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

    Defendants.

---

## ENTRY OF APPEARANCE

---

Steven J. Dawes and Melinda L. Sanders of the law firm of LIGHT, HARRINGTON & DAWES, P.C., herein enter their appearances as counsel for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado.



1

Respectfully submitted,

*[signature: Steven J. Dawes]*
Steven J. Dawes

*[signature: Melinda L. Sanders]*
Melinda L. Sanders
Light, Harrington & Dawes, P.C.
1512 Larimer Street, Suite 550
Denver, Colorado 80202
Telephone: 303-298-1601
Facsimile: 303-298-1627

*Attorneys for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado.*

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 4th day of February, 2005, a true and complete copy of the foregoing ENTRY OF APPEARANCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

*[signature: Karina Battalla]*

2