IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB 10 2005

GREGORY C. ...

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

    Defendants.

## AMENDED ENTRY OF APPEARANCE

Gregory A. White, Town Attorney for the Town of Estes Park, Colorado, herein enters his appearance as counsel for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado. This Amended Entry reflects service on the remaining Defendants.

Respectfully submitted,

_____
Gregory A. White, Town Attorney
Attorney At Law
1423 West 29th Street
Loveland, Colorado 80538
Telephone: 970/667-5310
Facsimile: 970/667-2527

1

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 9th day of February, 2005, a true and complete copy of the foregoing AMENDED ENTRY OF APPEARANCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Light, Harrington & Dawes, P.C.
Steven J. Dawes and Melinda L. Sanders
1512 Larimer Street, Suite 550
Denver, CO 80202

Dewey Shanks
1760 High Pine Drive
Estes Park, CO 80517

Norman D. Pritchard
650 South St. Vrain Avenue
Estes Park, CO 80517

Richard H. Clark
635 Community Drive
Estes Park, CO 80517

Lisa D. Rodgers

2