

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB - 9 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

    Defendants

## ENTRY OF APPEARANCE

Gregory A. White, Town Attorney for the Town of Estes Park, Colorado, herein enter his appearance as counsel for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado.

Respectfully submitted,

_____
Gregory A. White, Town Attorney
Attorney At Law
1423 West 29th Street
Loveland, Colorado 80538
Telephone: 970/667-5310
Facsimile: 970/667-2527

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 8th day of February, 2005, a true and complete copy of the foregoing ENTRY OF APPEARANCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Light, Harrington & Dawes, P.C.
Steven J. Dawes and Melinda L. Sanders
1512 Larimer Street, Suite 550
Denver, CO 80202

_____
Lisa D. Rodgers