

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 FEB -8 AM 11: 17

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

       Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

       Defendants.

---

## AMENDED ENTRY OF APPEARANCE

---

Steven J. Dawes and Melinda L. Sanders of the law firm of LIGHT, HARRINGTON &

DAWES, P.C., herein enter their appearances as counsel for Defendants Town of Estes Park,

Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the

Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park,

Colorado. This Amended Entry reflects service on the remaining Defendants.

Respectfully submitted,

_____
Steven J. Dawes

_____
Melinda L. Sanders

Light, Harrington & Dawes, P.C.
1512 Larimer Street, Suite 550
Denver, Colorado 80202
Telephone: 303-298-1601
Facsimile: 303-298-1627

*Attorneys for Defendants Town of Estes Park, Colorado;
Board of Trustees of the Town of Estes Park, Colorado;
John Baudek, Mayor of the Town of Estes Park, Colorado;
and Vickie O'Connor, Town Clerk of the Town of Estes
Park, Colorado.*

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 8th day of February, 2005, a true and complete copy of the foregoing AMENDED ENTRY OF APPEARANCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Dewey Shanks
1760 High Pine Drive
Estes Park, CO 80517

Norman D. Pritchard
650 South St. Vrain Avenue
Estes Park, CO 80517

Richard H. Clark
635 Community Drive
Estes Park, CO 80517

*Christie J Doty*