F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2005

GREGORY C. LANGHAM
                    CLERK

P.O. Box 635
Estes Park CO 80517
February 8, 2005

Gregory C. Langham, Clerk
U.S. District Court for the
        District of Colorado
Room A-05 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver CO 80294-3589

Robert R. Tiernan, Esq
Attorney for the Plaintiff
3165 South Wax berry Way
Denver Co 80231

CIVIL ACTION # 05-N-153 (MJW)

   I, Dewey Shanks, a Veteran of WWII, am responding to a Summons related to the Civil Action noted above. The summons was not served to me personally, but was found on February 4, 2005, inside the screen door of my home at 1760 High Pine Drive, Estes Park CO.
   As I understand the wording of the petition, I am required to file an answer to the complaint within the noted summons.
   We, the Petitioner's Committee to Recall Habecker, feel that no first amendment rights have been challenged and that we, and the town of Estes, have the civil and constitutional right to seek recall of Mr. Habecker.
   Regarding the apparent requirement to appear in Court on this matter, I need to let the court know the following. At 84 years of age and under the care of the Veteran's Affairs Mental Health and Medical Departments, I am unable to drive to Denver in order to appear in person. Also, on February 10, 2005, when court appearance is requested, I will be in Cheyenne VAMC for a podiatry appointment for which I have waited 6 months.
   My purpose in writing to you is to explain any absence or perceived failure to respond to the court summons. Please know that I will be working with the Town of Estes Attorney, Greg White, Esq., of Loveland CO, who will represent our town and each of the petitioners in the effort to recall Mr. Habecker.

Sincerely,

*Dewey Shanks*
Dewey D. Shanks

Dewey D. Shanks