

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

### CERTIFICATE OF SERVICE

---

    I hereby certify that a copy of the attached Returns of Service were served on February 15, 2005, by depositing in the United States Mail, postage pre-paid, addressed to the following persons:

Steve Dawes, Esq.  
Light, Harrington & Dawes, PC  
1512 Larimer Street #550  
Denver, CO 80202

Greg White, Esq.  
1423 W. 29th Street  
Loveland, CO 80538

Dewey Shanks  
P.O. Box 635  
Estes Park, CO 80517

Norman Pritchard  
P.O. Box 4659  
Estes Park, CO 80517

Richard D. Clark  
P.O. Box 453  
Estes Park, CO 80517