IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-V-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

### SUMMONS

---

**To the above named Defendants:**

You are hereby summoned and required to serve upon
plaintiff's attorney, whose address is:    3165 S. Waxberry Way, Denver, CO 80231
AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within __20__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                   Gregory C. Langham, Clerk

                                   By: _____
                                                   Deputy Clerk
                                   (Seal of the Court)

Date: FEB 8 2005

Clerk, U.S. District Court, Room A-05 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: STEPHEN J CARLHE | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify): by serving Jackie O'Conner town clerk for Board of Trustees of the Town of Estes Park, Estes Park, Colorado on January 31, 2005 at 7:54AM

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 1-31-05
Date

Signature of Server: STEPHEN J CARLHE

Address of Server: 826 Loma Valley Drive, Fort Collins, Colorado 80525

Documents served with this Summons:

Verified Complaint
Motion for Preliminary Injunction
Memorandum in Support of Plaintiff's Motion for Preliminary Injunction
Motion Requesting Hearing Date on February 10, 2005
Order re: Motion for Preliminary Injunction
Instructions Regarding Notice of Availability of a United States Magistrate Judge