**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05 - N - 153 (MJW)

DAVID HABECKER,

      Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL  HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

      Defendants.

---

### SUMMONS

---

**To the above named Defendants:**

You are hereby summoned and required to serve upon
plaintiff's attorney, whose address is:     3165 S. Waxberry Way, Denver, CO 80231
AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within __20__ days of service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.

               Gregory C. Langham, Clerk

               By: _____
                                       Deputy Clerk
               (Seal of the Court)

Date:  FEB 2 9 2005

Clerk, U.S. District Court, Room A-05 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver,
Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: _STEPHEN J CARLYLE_ | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☑ Other (specify): _By serving Dewey Shanks at 1760 High Pine Drive Estes Park, Colorado, by refusal on January 31, 2005 at 8:24 am — See Attached Affidavit_

---

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service is true and correct.

Executed on: _1-31-05_
Date

Signature of Server _STEPHEN J CARLYLE_

Address of Server _826 Roma Valley Drive_
_Ft Collins, Colorado 80525_

---

Documents served with this Summons:

Verified Complaint
Motion for Preliminary Injunction
Memorandum in Support of Plaintiff's Motion for Preliminary Injunction
Motion Requesting Hearing Date on February 10, 2005
Order re: Motion for Preliminary Injunction
Instructions Regarding Notice of Availability of a United States Magistrate Judge

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Colorado** | **County of** | **U.S.District Court** |

Case Number: 05-N-153  ( MJW )

Plaintiff:
**David Habecker**

vs.

Defendant:
**Town Of Estes Park, Colorado**
**Board Of Trustees Of the Town Of Estes Park, Colorado**
**John Baudek, Mayor Of The Town Of The Town Of Estes Park ,**
**Colorado**

For:
Robert R.Tiernan
Attorney At Law
3165 South Waxberry Way
Denver, CO  80231

Received by Front Range Legal Process Service on the 29th day of January, 2005 at 10:45 am to be served on
**DEWEY SHANKS 1760 High Pine Drive, Estes Park, Colorado.**

I, Stephen J Carlyle, being duly sworn, depose and say that on the **31st day of January, 2005** at **8:24 am, I:**

served the within named person with a true copy of **Summons; Verified Complaint; Motion For Preliminary Injunction; Memorandum In Support Of Plaintiff's Motion For Preliminary Injunction; Order Re; Motion For Preliminary Injunction; Motion Requesting Hearing Date On February 10, 2005;** by refusal, see additional comments.

**Additional Information pertaining to this Service:**
Additional Defendants:

Vickie O'Conner, Town Clerk Of The Town Of Estes Park, Colorado;
Dewey Shanks, Member, Petitioner's Committee To Recall Habecker;
Norman.Pritchard, Member, Petitioner's Committee To Recall Habecker;
and
Richard H. Clark, Member, Petitioner's Committee To Recall Habecker,
Attempts and comments as follows:

On 1-29-05 at 8:35 am and 9:05 am agent Kip McKinney went to location listed. Vehicle in garage and in driveway - no answer at door.
On 1-30-05 at 6:45 pm  agent Stephen J Carlyle went to location listed no answer.
On 1-31-05 at 7:43 am agent Stephen J Carlyle went to location listed . It had snowed the night before and their was an estimated 4-6 inches of snow on the ground.The lights were on in the house , newspaper and coffee cups on kitchen table, a black Cadillac Elderado was in the garage with hood up and Lights in garage were on .A white chevrolet lumina was in driveway covered with snow.I observed no vehicle or human tracks in the snow. For a period of ten minutes I kocked periodically on the door with no answer. I then left.
I returned on the same date at 8:24 am and observed the same sceniaro.I knocked numerous times with no answer.I then heard a door shut in the home such as a bedroom or bathroom door. I knew at that point their was a human body in the house and I repeatedly kicked and knocked at the door. After several minutes of this I stated in a loud voice that I knew someone was in their and was serving the papers by refusal if no-one came to the door.I waited approximately two minutes ,stated the same , and then served Mr. Shanks by refusal. I shoved the papers in the front door jam and then left.

## AFFIDAVIT OF SERVICE for 05-N-153  ( MJW )

I certify that I am over the age of 18 and have no interest in the above action.

Stephen J Carlyle
Process Server

**Front Range Legal Process Service**
**826 Roma Valley Dr.**
**Fort Collins, CO  80525**
**(888) 387-3783**

Subscribed and Sworn to before me on the 6th day of
February, 2005 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

My Commission Expires
June 27, 2007

Our Job Serial Number: 2005000247

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f