IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - N - 153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

**NOTICE PURSUANT TO D.C.COLO.LCivR 24.1(B)**

---

**TO: UNITED STATES ATTORNEY GENERAL AND UNITED STATES ATTORNEY FOR THE DISTRICT OF COLORADO:**

Please take notice that Plaintiff in the above-designated case is questioning the constitutionality of 4 U.S.C. §4 (the pledge of allegiance) on the grounds that it violates Article Six of the United States Constitution as a religious test for public office and Amendments One and Fourteen as an establishment of religion and violations of the Free Exercise and Free Speech Clauses.

**TO: JOHN SUTHERS, INTERIM ATTORNEY GENERAL FOR THE STATE OF COLORADO:**

Please take notice that Plaintiff in the above-designated case is questioning the constitutionality of Colorado Revised Statutes §1-12-101, *et seq.* and particularly C.R.S. §1-12-103 which precludes any legal challenge to the ground or grounds for recall. Plaintiff asserts that such statute violates the United States Constitution because it precludes judicial review of grounds which are alleged to be in violation of Plaintiff's constitutional rights. More specifically, Plaintiff, who is a Trustee of the Town of Estes Park, Colorado, is being recalled for declining to recite the pledge of allegiance at Board of Trustees meetings. Plaintiff has a constitutional right to so decline under the free exercise of religion and free speech Clauses of the First Amendment to the U.S. Constitution.

In addition, recital of the pledge at official meetings of the Board of Trustees constitutes a religious test for public office in violation of Article Six of the U.S. Constitution. Plaintiff asserts that these are improper grounds for a recall and that the judiciary has the power to enjoin the recall.

Respectfully submitted,

*/s/ Robert R. Tiernan*

Robert R. Tiernan
Attorney for the Plaintiff
3165 S. Waxberry Way
Denver, CO 80231
(303) 671-2490
Fax: (303) 743-7810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons, mailed via the United States Post Office, Certified Mail, Return Receipt Requested, on January 31, 2005, addressed as follows:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania NW Suite 4400
Washington, DC 20530

William Leone, Esq.
Acting United States Attorney for the District of Colorado
1225 17th Street Suite 700
Denver, CO 80202

John Suthers, Esq.
Interim Attorney General for the State of Colorado
1525 Sherman Street 7th Floor
Denver, CO 80203

*/s/*

## First Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    John Suthers, Esq.
    Interim Attorney General for the
    State of Colorado
    1525 Sherman Street 7th Floor
    Denver, CO 80203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0000 1923 7864

---

## Second Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania NW #4400
    Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[signature]
FEB 9 2005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7001 1140 0000 1923 7840

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

## Third Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    William Leone, Esq.
    Acting U.S. Attorney
    for the District of Colorado
    1225 17th Street #700
    Denver, CO 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery: 2/01/05

C. Signature
X [signature]
☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7001 1140 0000 1923 7857

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the attached Notice Pursuant to D.C.Colo.LCivR 24.1(B), along with the Return Receipts, was served on February 15, 2005, by depositing in the United States Mail, postage pre-paid, addressed to the following persons:

Steve Dawes, Esq.  
Light, Harrington & Dawes, PC  
1512 Larimer Street #550  
Denver, CO 80202  

Greg White, Esq.  
1423 W. 29th Street  
Loveland, CO 80538  

Dewey Shanks  
P.O. Box 635  
Estes Park, CO 80517  

Norman Pritchard  
P.O. Box 4659  
Estes Park, CO 80517  

Richard D. Clark  
P.O. Box 453  
Estes Park, CO 80517  

[signature]