IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____ N - 153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

---

## SUMMONS

---

**To the above named Defendants:**

You are hereby summoned and required to serve upon
plaintiff's attorney, whose address is:     3165 S. Waxberry Way, Denver, CO 80231
AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within _20_ days of service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.

                                                                    Gregory C. Langham, Clerk

                                                                      By: _____

                                                                                       Deputy Clerk
                                                                   (Seal of the Court)

Date: _____

Clerk, U.S. District Court, Room A-05 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver,
Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: X Kip McKinney | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☒ Served personally upon the defendant. Place where left: at 650 South St Vrain Avenue, Estes Park Served Norman D. Pritchard in person on January 29, 2005 at 8:40 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 1-29-05
Date

X _Kip McKinney_
Signature of Server

X 3235 Barbara Ct.
Address of Server

Evans, CO 80620

Documents served with this Summons:

Verified Complaint
Motion for Preliminary Injunction
Memorandum in Support of Plaintiff's Motion for Preliminary Injunction
Motion Requesting Hearing Date on February 10, 2005
Order re: Motion for Preliminary Injunction
Instructions Regarding Notice of Availability of a United States Magistrate Judge