

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 FEB 18  AM 11: 12

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-N-153 - MJW

DAVID HABECKER,

      Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER
NORMAN D. PRITCHARD, MEMBER, PETITIONERS' COMMITTEE TO RECALL
HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER

      Defendants.

---

## ANSWER TO VERIFIED COMPLAINT OF DEFENDANTS NORMAN D. PRITCHARD AND RICHARD H. CLARK

---

Defendants Norman D. Pritchard, and Richard D. Clark, as members of the Petitioner's

[sic] Committee to Recall Habecker (hereafter collectively referred to as the "Recall

Committee"), hereby answer Plaintiff's Verified Complaint as follows:

### FIRST DEFENSE

The Verified Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

As to the allegations in the numbered paragraphs of Plaintiff's Verified Complaint,

1.      The Recall Committee hereby admits the allegations set forth in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 12 and 17 of Plaintiff's Verified Complaint;

2.      The Recall Committee hereby denies the allegations set forth in paragraphs 18, 20, 21, 22, 23, 24, 25 and 26 of Plaintiff's Verified Complaint;

3.      Regarding the allegations in paragraphs 9, 10, 11, 14 and 15 of the Verified Complaint, the Recall Committee is without sufficient knowledge or information to respond to such claims, and therefore denies the same;

4.      Regarding the allegations of paragraph 13 of Plaintiff's Verified Complaint, the Recall Committee admits that Board meetings are held twice a month, that such meetings are public, and that the Pledge of Allegiance has been recited at such meetings, but is without knowledge or information as to the remaining allegations set forth therein, and therefore denies the same;

5.      Regarding the allegations of paragraph 16 of the Verified Complaint, the Recall Committee admits that the quoted statements appear in the recall petition as a part thereof, but states that such quoted portion does not constitute the entire recall petition;

6.      Regarding the allegations of paragraph 19 of the Verified Complaint, the Recall Committee admits the text of the Pledge of Allegiance and denies the remaining allegations of said paragraph.

7.      The Recall Committee denies each and every allegation not admitted herein.

                                    FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by both the First Amendment to the United States Constitution and Article XXI of the Colorado Constitution.

## SECOND AFFIRMATIVE DEFENSE

Pursuant to the provisions of the Colorado Constitution and statutes lawfully adopted pursuant thereto, each and every elected official in the State of Colorado is subject to recall from elected office at the will of the electorate, which body electorate is vested with the reserved power to be the sole and exclusive judge of the legality, reasonableness and sufficiency of the ground or grounds upon which such recall is sought.

WHEREFORE, the Recall Committee respectfully requests that judgment enter in their favor and against Habecker, that the issuance of a preliminary injunction be vacated and denied, and that the Recall Election be ordered to proceed.


Respectfully submitted this 18th day of February, 2005.

                         HAYES, PHILLIPS, HOFFMANN
                              & CARBERRY, P.C.


                    By: _____
                         HERBERT C. PHILLIPS
                         Attorney for Defendants Pritchard and Clark
                         1350 17th Street, Suite 450
                         Denver, CO 80202
                         Telephone: 303-825-6444
                         Fax: 303-825-1269

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the ___18th___ day of February, 2005, a true and correct copy of the within **ANSWER TO VERIFIED COMPLAINT OF DEFENDANTS NORMAN D. PRITCHARD AND RICHARD H. CLARK** was served on the following by depositing same in the U.S. mail, postage prepaid, addressed as follows:

    Robert R. Tiernan, Esq.
    3165 S. Waxberry Way
    Denver, CO  80231

    Steven J. Dawes, Esq.
    Light, Harrington & Dawes, P.C.
    1512 Larimer Street, Suite 550
    Denver, CO  80202

_Mildred Z. Aptell_