

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB 2 3 2005

GREGORY

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

    Defendants.

---

## WITHDRAWAL OF COUNSEL

---

Gregory A. White, Town Attorney for the Town of Estes Park, Colorado, herein withdraws as counsel for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado. The above Defendants will continue to be represented by Steven J. Dawes and Melinda L. Sanders of Light, Harrington & Dawes, P.C.

Respectfully submitted,

*G. White*

Gregory A. White, Town Attorney
Attorney At Law
1423 West 29th Street
Loveland, Colorado 80538
Telephone: 970/667-5310
Facsimile: 970/667-2527

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 22nd day of February, 2005, a true and complete copy of the foregoing AMENDED ENTRY OF APPEARANCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Light, Harrington & Dawes, P.C.
Steven J. Dawes and Melinda L. Sanders
1512 Larimer Street, Suite 550
Denver, CO 80202

Dewey Shanks
P O Box 635
1760 High Pine Drive
Estes Park, CO 80517

Hayes, Phillips, Hoffmann & Carberry, P.C.
Herbert C. Phillips
1350 17th Street, Suite 450
Denver, CO 80202

Lisa D. Rodgers