IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

FEB 2 5 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

## MOTION TO DISMISS DEFENDANTS SHANKS, PRITCHARD AND CLARK

CERTIFICATION PURSUANT TO D.C. COLO.. LCivR 7.1

The undersigned hereby certifies that he has conferred with opposing counsel and that counsel for Defendants Clark and Pritchard opposes this motion, there is no counsel for Dewey Shanks, and counsel for the remaining defendants does not opposes the motion.

COMES NOW the Plaintiff and moves to dismiss this case against Defendants Richard H. Clark, Norman D. Pritchard, and Dewey Shanks. In Support of this Motion it is stated as follows:

Plaintiff sued these Defendants for purposes of monetary damages only. Plaintiff has decided

to pursue his damage claims these Defendants in State Court on the theory of defamation.

Respectfully submitted,

*(signature)*

Robert R. Tiernan
Attorney for the Plaintiff
3165 S. Waxberry Way
Denver, CO 80231
(303) 671-2490
Fax: (303) 743-7810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served on __February 25__, 2005, by depositing in the United States Mail, postage pre-paid, to the following persons:

| | | |
|---|---|---|
| Steve Dawes, Esq. | Herbert C. Phillips, Esq. | Dewey Shanks |
| Light, Harrington & Dawes, PC | Hayes Phillips et al. | P.O. Box 635 |
| 1512 Larimer Street #550 | 1350 17th Street #450 | Estes Park, CO 80517 |
| Denver, CO 80202 | Denver, CO 80202 | |

and I hereby further certify that the attached was faxed to Mr. Dawes at (303) 298-1627 and to Mr. Phillips at (303) 825-1269 on the above date. Mr. Shanks has not provided a fax number.

*(signature)*

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____ February 25, 2005 _____

2. Name of attorney or *pro se* party making the transmission: Robert R. Tiernan, Esq._____

Facsimile number: ____(303) 743-7810_____ Telephone number: __(303) 671-2490_____

3. Case number, caption, and title of pleading or paper: ___Case Number 05-N-153 (MJW)____

  Caption: David Habecker v. Town of Estes Park, Colorado, et al._____

  Title of Pleading:  Motion to Dismiss Defendants Shanks, Pritchard and Clark_____

4. Number of pages being transmitted, including the facsimile cover sheet:_____3_____


Instructions, if any: ____Please fax a copy of the date-stamped first page to us at (303) 743-7810.  Thank you.