

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 FEB 28  PM 12: 37

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-N-153 - MJW

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER
NORMAN D. PRITCHARD, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER

    Defendants.

---

### RESPONSE OF DEFENDANTS NORMAN D. PRITCHARD AND RICHARD H. CLARK TO MOTION FOR COSTS INCLUDING ATTORNEY'S FEES

---

    Defendants Norman D. Pritchard, and Richard D. Clark, members of the Committee to Recall Habecker (collectively the "Recall Committee"), by their attorneys, Hayes, Phillips, Hoffmann & Carberry, P.C., submit the following response to Motion for Costs Including Attorney's Fees.

    1.    Plaintiff Habecker's Motion for Costs Including Attorney's Fees (the "Motion") on its face, seeks to recover costs and fees only from Defendant John Baudek, Mayor of the Town of Estes Park, and Vicki O'Connor, Town Clerk. Motion, ¶ 1.

2.      Since no relief is sought from the Recall Committee, the Recall Committee takes no position regarding the relief requested in the Motion.

Respectfully submitted this 28th day of February, 2005.

> HAYES, PHILLIPS, HOFFMANN
> & CARBERRY, P.C.
>
> By: _____
> HERBERT C. PHILLIPS
> Attorney for Defendants Pritchard and Clark
> 1350 17th Street, Suite 450
> Denver, CO  80202
> Telephone: 303-825-6444
> Fax:  303-825-1269

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 28th day of February, 2005, a true and correct copy of the within **RESPONSE OF DEFENDANTS NORMAN D. PRITCHARD AND RICHARD H. CLARK TO MOTION FOR COSTS INCLUDING ATTORNEY'S FEES** was served on the following by depositing same in the U.S. mail, postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO  80231

Steven J. Dawes, Esq.
Light, Harrington & Dawes, P.C.
1512 Larimer Street, Suite 550
Denver, CO  80202

_____