FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAR 7 2005

C. LANGHAM
CLERK

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

## WITHDRAWAL OF MOTION TO DISMISS

In view of the fact that Defendants Richard H. Clark and Norman D. Pritchard have objected to Plaintiff's Motion to Dismiss them as Defendants in this case, said Motion is hereby withdrawn.

Respectfully submitted,

Robert R. Tiernan
Attorney for the Plaintiff
3165 S. Waxberry Way
Denver, CO 80231
(303) 671-2490
Fax: (303) 743-7810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served on March 7, 2005, by depositing in the United States Mail, postage pre-paid, to the following persons:

| | | |
|---|---|---|
| Steve Dawes, Esq. | Herbert C. Phillips, Esq. | Dewey Shanks |
| Light, Harrington & Dawes, PC | Hayes Phillips et al. | P.O. Box 635 |
| 1512 Larimer Street #550 | 1350 17th Street #450 | Estes Park, CO 80517 |
| Denver, CO 80202 | Denver, CO 80202 | |

*Robert N. Trueman*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____ March 7, 2005 _____

2. Name of attorney or *pro se* party making the transmission: Robert R. Tiernan, Esq.

Facsimile number: (303) 743-7810     Telephone number: (303) 671-2490

3. Case number, caption, and title of pleading or paper: Case Number 05-N-153 (MJW)

   Caption: David Habecker v. Town of Estes Park, Colorado, et al.

   Title of Pleading: Withdrawal of Motion to Dismiss

4. Number of pages being transmitted, including the facsimile cover sheet: 3

Instructions, if any: Please fax a copy of the date-stamped first page to us at (303) 743-7810. Thank you.

MAR 7 - REC'D