FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 9 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

    Defendants.

## WITHDRAWAL OF MOTION FOR COSTS INCLUDING ATTORNEY'S FEES

COME NOW the Plaintiff and undersigned and hereby withdraw the above motion without prejudice.

Respectfully submitted,

*/s/ Robert R. Tiernan*

Robert R. Tiernan
Attorney for the Plaintiff
3165 S. Waxberry Way
Denver, CO 80231
(303) 671-2490
Fax: (303) 743-7810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served on ___March 9___, 2005, by depositing in the United States Mail, postage pre-paid, to the following persons:

| | | |
|---|---|---|
| Steve Dawes, Esq. | Herbert C. Phillips, Esq. | Dewey Shanks |
| Light, Harrington & Dawes, PC | Hayes Phillips, et al. | P.O. Box 635 |
| 1512 Larimer Street #550 | 1350 17th Street #450 | Estes Park, CO 80517 |
| Denver, CO 80202 | Denver, CO 80202 | |

*[signature]*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____ March 9, 2005 _____

2. Name of attorney or *pro se* party making the transmission: Robert R. Tiernan, Esq.

Facsimile number: (303) 743-7810   Telephone number: (303) 671-2490

3. Case number, caption, and title of pleading or paper: Case Number 05-N-153 (MJW)

   Caption: David Habecker v. Town of Estes Park, Colorado, et al.

   Title of Pleading: Withdrawal of Motion for Costs Including Attorney's Fees

4. Number of pages being transmitted, including the facsimile cover sheet: 3

Instructions, if any: Please fax a copy of the date-stamped first page to us at (303) 743-7810. Thank you.

MAR 9 - REC'D