

2005 MAR 30 PM 4:03

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-N-153 (MJW)

BY ______ DEP. CLK

DAVID HABECKER,

Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
DEWEY SHANKS, Member, Petitioner's Committee to Recall Habecker;
NORMAN D. PRITCHARD, Member, Petitioner's Committee to Recall Habecker; and
RICHARD H. CLARK, Member, Petitioner's Committee to Recall Habecker;

Defendants.

---

**NOTICE OF CHANGE OF ADDRESS**

---

PLEASE TAKE NOTICE that effective April 4, 2005 the address for counsel for Defendants Town of Estes Park, Colorado, Board of Trustees for the Town of Estes Park, John Baudek and Vickie O'Connor, will be changed. The new address is:

Steven J. Dawes, Esq.
Melinda L. Sanders, Esq.
LIGHT, HARRINGTON AND DAWES, P.C.
1512 Larimer Street, Suite 300
Denver, CO 80202.
Telephone: 303-298-1601
Facsimile: 303-298-1627

Dated this 30th day of March, 2005.

Respectfully submitted,

Steven J. Dawes

Melinda L. Sanders
LIGHT, HARRINGTON & DAWES, P.C.
1512 Larimer Street, Suite 550
Denver, CO 80202.
Telephone: 303-298-1601
*Attorneys for Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado.*

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 30th day of March 2005 a true and complete copy of the foregoing NOTICE OF CHANGE OF ADDRESS was placed in the U.S. mail, first class postage prepaid, addressed to the following:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Herbert C. Phillips, Esq.
Hayes, Phillips, Hoffmann & Carberry, P.C.
1350 17th St., Ste. 450
Denver, CO 80202

Dewey Shanks
1760 High Pine Drive
Estes Park, CO 80517

Dorothy Ostermann