

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 APR 12 PM 3:50

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-153 (MJW)

DAVID HABECKER,

Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER;
NORMAN D. PRITCHARD, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONER'S COMMITTEE TO RECALL HABECKER,

Defendants.

---

## TOWN DEFENDANTS' MOTION TO RESCHEDULE SCHEDULING/PLANNING CONFERENCE

---

Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado ("Town Defendants") through undersigned counsel, respectfully submit this Motion to Reschedule the Scheduling/Planning Conference as follows.

### INTRODUCTION

1. This Court scheduled a Scheduling/Planning Conference for May 3, 2005 at 9:00 a.m.

2. Counsel for the Town Defendants have a conflict with the Scheduling Conference. Mr. Dawes is currently scheduled to commence a three day jury trial in El Paso County on May 3, 2005. Ms. Sanders is currently scheduled to commence a two day arbitration on May 3, 2005.

3. Undersigned counsel request that a new date be set for the Scheduling Conference. Undersigned counsel have conferred with counsel for the remaining parties, and they do not object to rescheduling the conference.

4. Defendant Dewey Shanks has not filed an Answer in this matter, and he is not represented by an attorney. Counsel for the Town Defendants do not know how to contact him by phone, and therefore, they have not conferred with him regarding this requested scheduling change. A copy of this Motion will be served on him by mail.

5. Counsel for all parties are available for a conference on May 9, May 10, and May 12, 2005. If these dates are not convenient for the Court, undersigned counsel will contact all counsel for additional dates.

WHEREFORE, for the reasons set forth above, Defendants Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; and Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado ("Town Defendants") request that this Court vacate the Scheduling Conference that is set for May 3, 2005, and reschedule the Scheduling Conference.

Respectfully submitted,

_____
Steven J. Dawes

2

_____
Melinda L. Sanders

Light, Harrington & Dawes, P.C.
1512 Larimer Street, Suite 300
Denver, Colorado 80202
Telephone: 303-298-1601
Facsimile: 303-298-1627

*Attorneys for Town of Estes Park, Colorado; Board of Trustees of the Town of Estes Park, Colorado; John Baudek, Mayor of the Town of Estes Park, Colorado; Vickie O'Connor, Town Clerk of the Town of Estes Park, Colorado*

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 12th day of April 2005 a true and complete copy of the foregoing TOWN DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE was placed in the U.S. mail, first class postage prepaid, addressed as follows:

Robert R. Tiernan, Esq.
3165 S. Waxberry Way
Denver, CO 80231

Herbert C. Phillips, Esq.
Hayes, Phillips, Hoffmann & Carberry, P.C.
1350 17th St., Ste. 450
Denver, CO 80202

Dewey Shanks
P.O. Box 635
Estes Park, CO 80517

*Christie F Doty* (signature)