IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-N-00153 (MJW)

DAVID HABECKER,

Plaintiff(s),

v.

TOWN OF ESTES PARK, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Town Defendants' Motion to Reschedule Scheduling/Planning Conference, filed with the Court on April 12, 2005, is GRANTED. The Scheduling Conference set on May 3, 2005, at 9:00 a.m., is VACATED and RESET on May 10, 2005, at 8:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Scheduling Order to U.S. Magistrate Judge Watanabe on or before May 4, 2005.

Date:  April 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005, a copy of the foregoing document was served to the following persons by:

 X  United States mail, proper postage affixed:

Steven J. Dawes
Light, Harrington & Dawes, PC
1512 Larimer Street #300
Denver, CO 80202

Herbert C. Phillips
Hayes, Phillips, Hoffmann & Carberry, PC
1350 - 17th Street #450
Denver, CO 80202-1517

Melinda Lea Sanders
Light, Harrington & Dawes, PC
1512 Larimer Street #300
Denver, CO 80202

Dewey Shanks
Pro Se Defendant
P.O. Box 635
Estes Park, CO 80517

Robert R. Tiernan
Robert R. Tiernan, Atty at Law
3165 South Waxberry Way
Denver, CO 80231

Gregory Alan White
Gregory A. White, Atty at Law
1423 West 29th Street
Loveland, CO 80538

s/Shelley L Moore
Deputy Clerk