# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 05-CV-00153-EWN-MJW  FTR

**Date:** May 10, 2005  Shelley Moore, Deputy Clerk

DAVID HABECKER,  Robert R. Tiernan

                Plaintiff(s),

v.

TOWN OF ESTES PARK, COLORADO, ET AL.,  Herbert C. Phillips
                                                      Steven J. Dawes
                Defendant(s).  Melinda Sanders

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session 8:03 a.m.**

Court calls case.  Appearances of counsel.  Pro se Defendant Dewey Shanks has **failed to appear**.

[X]  Parties are directed to the court's website for Instructions for Preparation and Submission of Preliminary Pretrial Order.
[X]  Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.
DEADLINES:
Joinder of Parties/Amendment to Pleadings: June 17, 2005
Fact Discovery: July 15, 2005
Dispositive Motions Deadline: September 28, 2005, as set by Judge Nottingham
Plaintiff's Disclosure of Expert: June 1, 2005
Defendants' Disclosure of Expert: June 30, 2005
Defendants' Rebuttal of Plaintiff's Expert: n/a
Plaintiff's Rebuttal of Defendant's Expert: n/a
Interrogatories: May 16, 2005
Requests for Production of documents: May 16, 2005
Requests for Admissions: June 10, 2005
**SETTLEMENT CONFERENCE** set for: **June 20, 2005, at 1:30 p.m.**
Confidential settlement statements are due to Magistrate Judge Watanabe by June 15, 2005.
      All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference in courtroom A-502.
**PRELIMINARY PRETRIAL CONFERENCE** set for: **June 20, 2005, at 1:30 p.m.**
      The proposed preliminary pretrial order shall be submitted five (5) days before the hearing date.  (See www.cod.uscourts.gov for more information.)
TRIAL:

Trial Preparation Conference set for:
Trial to  [  ] Court   [X] Jury   for 3 days is set for
OTHER ORDERS:
Each side shall be limited to 1 expert witness.
Each side shall be limited to 10 fact depositions.
Defendants indicate that they have no objection to Plaintiff's Motion for Leave to File First Amended Complaint.
Plaintiff's Motion for Leave to File First Amended Com plaint (docket no. 52) is GRANTED.  The first amended complaint shall be deemed filed as May 10, 2005.

**Court in Recess 8:38 a.m.**
Total In-Court Time 0:35, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.