# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: Docketing

DATE: June 20, 2005

FROM: Michael J. Watanabe
U.S. Magistrate Judge

SUBJECT: Case no. 05-CV-00153-EWN-MJW (MJW)

Case Name: Habecken v. Town of Estes Park et Al.

__X__ A Settlement Conference was held on this date and no settlement was reached.

_____ A Settlement Conference was held on this date and a settlement was reached. The parties are to submit their settlement documents to Judge _____ on or before _____ 2004.

Settlement Conference held for __1__ hours __30__ minutes.

Settlement Conference concluded: (Yes) No   (Circle One)

Record Made:   Yes  (No)  (Circle One)

CC: District Judge Nottingham
Magistrate Judge _____
Magistrate Judge Watanabe

Source:H:Judge\Settlement Conference Form.wpd