# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 05-CV-00153-EWN-MJW | FTR |
| **Date:** June 20, 2005 | Shelley Moore, Deputy Clerk |
| DAVID HABECKER, | Robert R. Tiernan |
| Plaintiff(s), | |
| v. | |
| TOWN OF ESTES PARK, COLORADO, ET AL., | Gregory A. White |
| | Steven J. Dawes |
| Defendant(s). | Herbert C. Phillips |

## COURTROOM MINUTES / MINUTE ORDER

**PRELIMINARY PRETRIAL CONFERENCE**

**Court in session 1:35 p.m.**

Court calls case. Appearances of counsel. Plaintiff Habecker is present. Representative of the Town of Estes Park, Randy Repola, is present.

The proposed Preliminary Pretrial Order is reviewed.

**ORDERED:** The Preliminary Pretrial Order is approved and shall be filed as amended on the record.

Defendants' counsel both report that they've had no contact with Pro se Defendant Dewey Shanks.

Pro se Defendant Dewey Shanks has **failed to appear**.

A settlement conference will commence immediately following this hearing.

**Court in Recess 1:48 p.m.**
Total In-Court Time 0:13, hearing concluded

\*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.