# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER and THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
NORMAN D. PRITCHARD, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT; and
RICHARD H. CLARK, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT,

    Defendants.

___

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
___

COME NOW the Plaintiffs, pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 56.1, and move this Court to enter the following judgment and order in favor of Plaintiffs:

1. That the Pledge of Allegiance is unconstitutional because it violates Amendment One of the United States Constitution;

2. That the recitation of the Pledge of Allegiance at government functions is unconstitutional;

3. That the recitation of the Pledge of Allegiance at meetings of the Board of Trustees of the Town of Estes Park, Colorado is a religious test for public office in violation of Article Six of the United States Constitution;

4. That the recall election of Plaintiff David Habecker was unlawful because it infringed on Plaintiff Habecker's constitutional rights of free speech and free exercise of religion;

5. That the recall election was unlawful because it violated Article II, Section 4 of the Colorado Constitution;

6. That the Town Defendants cease and desist from reciting the Pledge of Allegiance at Town functions, whether formal or informal;

7. (a) That the recall election be declared null and void, (2) that Plaintiff Habecker be reinstalled in his position as a Town Trustee, (3) that Plaintiff Habecker be paid the salary he lost as a result of losing his seat on the Board of Trustees, and (4) that Plaintiff Habecker be compensated for his expenses in campaigning against the recall;

8. That the Plaintiffs be awarded costs and attorneys' fees pursuant to 42 U.S.C. §1988; and

9. That the Plaintiffs be granted such other and further relief as the Court deems proper.

Case No. 1:05-cv-00153-EWN-MJW   Document 62   filed 07/30/05   USDC Colorado   pg 3 of 3

An Opening Brief in support of this motion is filed herewith.

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on     July 30, 2005     , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

sdawes@lhdlaw.com
msanders@lhdlaw.com
dostermeier@lhdlaw.com
lcochran@lhdlaw.com
hcphillips@hphclaw.com
mla@hphclaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Dewey Shanks              Via U.S. Mail
P.O. Box 635
Estes Park, CO 80517

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com