IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER and THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOME, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
NORMAN D. PRITCHARD, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT; and
RICHARD H. CLARK, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT,

    Defendants.

---

## UNITED STATES OF AMERICA'S NOTICE OF ACKNOWLEDGMENT OF CHALLENGE TO THE CONSTITUTIONALITY OF AN ACT OF CONGRESS

---

    The United States of America hereby submits this Notice of Acknowledgment of Challenge to the Constitutionality of an Act of Congress, and states as follows:

    1.    On July 30, 2005, plaintiffs filed a Motion for Summary Judgment. [docket no.

62]. That Motion and accompanying Plaintiffs' Opening Brief in Support of Motion for Summary Judgment [docket no. 63] contain plaintiffs' challenge to the constitutionality of 4 U.S.C. § 4, the federal Pledge of Allegiance statute.

    2.      Counsel for the United States respectfully advises the Court that the United States is in the process of deciding whether to intervene in this action to defend the constitutionality of 4 U.S.C. § 4, on its face and as recited by the defendant Trustees of the Town of Estes Park in this case. The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a). Under Department of Justice regulations, the approval of the Solicitor General is required for the United States to intervene to defend the constitutionality of a federal statute. See 28 C.F.R. § 0.21 ("The Solicitor General may in consultation with each agency or official concerned, authorize intervention by the Government in cases involving the constitutionality of acts of Congress."). Based on previous experience, the process of obtaining a decision on intervention and preparing a brief in defense of the Pledge of Allegiance's constitutionality will take three to four weeks. In addition, undersigned counsel has long-standing vacation plans to be out of the office from August 13-24, 2005.

    Should the Solicitor General authorize intervention to respond to plaintiffs' constitutional challenge, the United States anticipates that it would be prepared to move to intervene and simultaneously submit its brief by September 12, 2005.

    3.      Accordingly, as reflected in its accompanying Motion for an Extension of Time to Intervene, the United States respectfully requests that, should the Solicitor General authorize intervention in this action, the Court permit the United States to file its intervention papers and a

brief responding to plaintiffs' Motion for Summary Judgment and Opening Brief by September 12, 2005.  If the United States decides not to intervene before that date, it will notify the Court promptly.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    FELIX V. BAXTER
    Branch Director

    WILLIAM J. LEONE
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney

     s/ Theodore C. Hirt
    THEODORE C. HIRT
    (D.C. Bar 242982)
    Assistant Director
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W. #7106
    P.O. Box 883
    Washington, D.C. 20530
    Telephone:  (202) 514-4786
    E-mail: theodore.hirt@usdoj.gov
    Fax:  (202) 616-8470

    Attorneys for the United States of America

CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

jwells1960@netzero.com
sdawes@lhdlaw.com
msanders@lhdlaw.com
dostermeier@lhdlaw.com
lcochran@lhdlaw.com
hcphillips@hphclaw.com
mla@hphclaw.com

and I hereby certify that I have mailed the foregoing to the following non CM/ECF participant in the manner indicated by the non-participants' name:

Dewey Shanks              via U.S. Mail
P.O. Box 635
Estes Park, CO 80517

                                              s/ Theodore C. Hirt
                                              THEODORE C. HIRT
                                              (D.C. Bar 242982)
                                              Assistant Director
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, N.W. #7106
                                              P.O. Box 883
                                              Washington, D.C. 20530
                                              Telephone:  (202) 514-4786
                                              E-mail: theodore.hirt@usdoj.gov
                                              Fax:  (202) 616-8470

                                              Attorney for the United States of America