IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER,

Plaintiff(s),

v.

TOWN OF ESTES PARK, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the United States of America's Unopposed Motion for Extension of Time to Intervene, which was filed on August 12, 2005 (Docket No. 64), is granted. Accordingly, the United States shall have up to and including September 12, 2005, to move to intervene in this action and file its brief in response to Plaintiff's Motion for Summary Judgment and Opening Brief.

Date: August 15, 2005