IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-N-153 - MJW

DAVID HABECKER and the FREEDOM FROM RELIGION FOUNDATION,

　　Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER
NORMAN D. PRITCHARD, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER

　　Defendants.

_____

**UNOPPOSED MOTION OF DEFENDANTS ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT, NORMAN D. PRITCHARD, AND RICHARD A. CLARK, FOR ENLARGEMENT OF TIME TO FILE RESPONSE BRIEF TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
_____

Defendants Estes Park Citizens for Representative Government, Norman D. Pritchard, and Richard D. Clark ("Individual Defendants"), by their attorneys, Hayes, Phillips, Hoffmann & Carberry, P.C., pursuant to F.R.C.P. 6(b), and D.C. Colo. LCivR 6.1 and 7.1, submit this

Unopposed Motion for Enlargement of Time to File Response Brief to Plaintiffs' Motion for Summary Judgment.

1.  <u>Certificate of Compliance with Duty to Confer</u>.  Pursuant to D.C. Colo. LCivR 7.1(a), the undersigned spoke with council for Plaintiffs on August 15, 2002.  Council for Plaintiffs has no objection to the granting of the relief requested herein.

2.  By separate motion, the Town Defendants have requested in extension through and including September 12, 2005, in which to file a Response Brief to Plaintiff's Motion for Summary Judgment.

3.  The Individual Defendants are largely nominal parties to this case in light of the recall of Plaintiff Habecker and will likely simply join in the response filed by the Town Defendants.

4.  Under the circumstances, it makes sense to require all defendants to file their responses to Plaintiffs' Motion for Summary Judgment at the same time.

5.  Pursuant to D.C. Colo. LCivR 6.1(c), no other extension have been previously obtained by the Individual Defendants.

6.  As required by D.C. Colo. LCivR 6.1(d), a copy of this Motion has been served upon the undersigned clients, all counsel of record and all *pro se* parties.

WHEREFORE, for the reasons set forth above, the Individual Defendants request that this court grant them an enlargement of time up to and including September 12, 2005, by which to file their response to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this  22nd day of August, 2005.

**HAYES, PHILLIPS, HOFFMANN  
& CARBERRY, P.C.**

By: /s HERBERT C. PHILLIPS  
Attorney for Defendants Pritchard and Clark  
1350 17th Street, Suite 450  
Denver, CO  80202  
Telephone: 303-825-6444  
Fax:  303-825-1269  
Signed original document maintained and available pursuant to Rule 212

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2005, I electronically filed the foregoing Unopposed Motion for Enlargement of Time to File Response Brief to Plaintiffs' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following e-mail addresses:

Jwells1960@netzero.com  
sdawes@lhdlaw.com  
dostermeier@lhdlaw.com  
lcochran@lhdlaw.com

And via first class mail to:

Dewey Shanks  
P.O. Box 635  
Estes Park, CO  80517

_____