IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1109-WDM-PAC

MARK A. JOHNS and
LISA JOHNS,

    Plaintiffs,

v.

GENIE INDUSTRIES, INC., n/k/a TEREX CORPORATION, a foreign corporation;
UNITED RENTALS, INC., a foreign corporation;
THE BOSCH GROUP a/k/a ROBERT BOSCH CORPORATION;
KELCH CORPORATION; and
BONAR PLASTICS, INC.,

    Defendants.

---

## MOTION TO WITHDRAW

---

    Melinda L. Sanders, pursuant D.C.COLO.LCivR 83.3(D), submits this Motion to Withdraw as Counsel as follows:

    1.    Melinda L. Sanders entered an appearance on behalf of Defendant Kelch Corporation. At the time of the Entry of Appearance, Ms. Sanders was employed with the law firm of Light, Harrington & Dawes, P.C.

    2.    Ms. Sanders will soon discontinue her employment with the law firm of Light, Harrington & Dawes, P.C.

    3.    Mr. Steven J. Dawes from the law firm of Light, Harrington & Dawes, P.C. has individually entered his appearances on behalf of Defendant Kelch Corporation, and he continues to represent their interests in this matter.

4. Defendant Kelch Corporation will not be prejudiced by this withdrawal as it continues to be represented by attorney Steven J. Dawes he will be responsible for complying with all court orders and time limitations established by the rules.

WHEREFORE, for the reasons set forth above, Melinda L. Sanders requests this Court grant her Motion to Withdraw as Counsel for Defendant Kelch Corporation.

RESPECTFULLY SUBMITTED,

s/ Melinda L. Sanders
*Melinda L. Sanders*
Light, Harrington & Dawes, P.C.
1512 Larimer St., Suite 300
Denver, CO 80202
Telephone: 303-298-1601
Facsimile: 303-298-1627
Email:  msanders@lhdlaw.com

2

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 29, 2005, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

bkeating@fkwlaw.com (William Lawrence Keating, Esq.)

larrys@milehighlaw.com (Lawrence J. Schoenwald, Esq.)

Gottschalk@wtklaw.com (Hugh Gottschalk, Esq.)

may@wtklaw.com (Craig R. May, Esq.)

mmontgomery@mkadlaw.com (C. Michael Montgomery, Esq.)

Janet@LasaterandMartin.com (Janet Belcher Martin, Esq.)

and I herby certify that I have mailed the foregoing **MOTION TO WITHDRAW** to the following non CM/ECF participant in the manner indicated by the non-participant's name:

Arthur J. Kutzer, Esq.                              *Via U.S. Mail*
Senter Goldfarb & Rice, LLC
1700 Broadway, Suite 1700
Denver, CO  80290


*s/ Melinda L. Sanders*
**Melinda L. Sanders**
Light, Harrington & Dawes, P.C.
1512 Larimer St., Suite 300
Denver, CO 80202
Telephone: 303-298-1601
Facsimile: 303-298-1627
Email:  msanders@lhdlaw.com