IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-153-EWN-MJW

DAVID HABECKER and THE FREEDOM FROM RELIGION FOUNDATION, INC.,

Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO;
ESTES PARK CITIZENS FOR A REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, MEMBER, ESTES PARK CITIZENS FOR A REPRESENTATIVE GOVERNMENT;
NORMAN D. PRITCHARD, MEMBER, ESTES PARK CITIZENS FOR A REPRESENTATIVE GOVERNMENT;
RICHARD H. CLARK, MEMBER, ESTES PARK CITIZENS FOR A REPRESENTATIVE GOVERNMENT,

Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW
(Docket No. 73)

**THIS MATTER** comes before the Court on a **MOTION TO WITHDRAW** filed by **MELINDA L. SANDERS.** Finding good cause, the Court hereby grants the Motion to Withdraw. Melinda L. Sanders is hereby permitted to withdraw as counsel of record for Defendants Town of Estes Park, Board of Trustees of the Town of Estes Park, Lori Jeffrey-Clark, Sue Doylen, Chuck Levine, Wayne Newsom, Bill Pinkham, John Baudek, Vicki O'Connor and Greg

1

White.

Dated this __31st__ day of __August__, 2005.

BY THE COURT:

_/s/ Michael J. Watanabe_
District Court Judge
United States District Court
District of Colorado

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2