IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-N-153 - MJW

DAVID HABECKER, and THE FREEDOM FROM RELIGION FOUNDATION

    Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER
NORMAN D. PRITCHARD, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER

    Defendants.

_____

### RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT, NORMAN D. PRITCHARD AND RICHARD H. CLARK

_____

    DEFENDANTS, Estes Park Citizens for Representative Government, Norman D. Pritchard and Richard H. Clark, by their attorneys, Hayes, Phillips, Hoffmann & Carberry, P.C., for their response to Plaintiff Habecker's Motion for Summary Judgment, simply join in the briefing filed by the other Defendants in opposition to the Motion for Summary Judgment in this case.

    Respectfully submitted this 13th day of September, 2005.

*9/13/05*
*Q:\USERS\HABECKER RECALL\SJ RESPONSE.DOC*

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

           **HAYES, PHILLIPS, HOFFMANN
                      & CARBERRY, P.C.**
           Signed original document maintained and
           available pursuant to Rule 212


           By:  /s/ Herbert C. Phillips
               HERBERT C. PHILLIPS
               Attorney for Plaintiffs
               1350 17th Street, Suite 450
               Denver, CO  80202
               Telephone: 303-825-6444
               Fax:  303-825-1269

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2005, I electronically filed the foregoing Response to Motion to Dismiss with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following e-mail addresses:

Steven J. Dawes, Esq.
sdawes@hldlaw.com

Sophia H. Tasi, Esq.
stsai@lhdlaw.com

Robert R. Tiernan
Jwells1960@netzero.com

Theodore Hirt, Esq.
theodore.hirt@usdoj.gov

and by first class mail to:

Dewey Shanks
P.O. Box 635
Estes Park, CO  80517

Gregory Alan White
1423 West 29th Street
Loveland, CO  80538


                          /s/ Mildred L. Axtell

Document Produced by deskPDF Unregistered :: http://www.docudesk.com