**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00153-EWN-MJW

DAVID HABECKER, *et al.*,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO, *et al.*,

    Defendants.

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

    COMES NOW Kevin T. Traskos, Assistant United States Attorney, and enters his appearance as counsel for Intervenor-Defendant United States of America in the above-captioned action and requests that he be served with copies of all notices and pleadings in this action. Theodore C. Hirt will remain lead counsel for the United States of America in this action.

DATED this 19<u>th</u> day of September, 2005.

          WILLIAM J. LEONE
          United States Attorney

          /s/Kevin T. Traskos
          Kevin T. Traskos
          Assistant United States Attorney
          1225 Seventeenth Street, Suite 700
          Denver, Colorado  80202
          Telephone:(303) 454-0100
          Fax: (303) 454-0404
          kevin.traskos@usdoj.gov

          Counsel for the United States of America

-3-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

**Steven Jay Dawes**
sdawes@lhdlaw.com  dostermeier@lhdlaw.com;lcochrane@lhdlaw.com

**Theodore C. Hirt**
theodore.hirt@usdoj.gov

**Herbert C. Phillips**
hcphillips@hphclaw.com  mla@hphclaw.com

**Robert R. Tiernan**
jwells1960@netzero.com, and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

**Dewey Shanks** (mail)
P.O. Box 635
Estes Park, CO 80517

**Gregory Alan White (mail)**
Gregory A. White, Atty at Law
1423 West 29th Street
Loveland, CO 80538

        WILLIAM J. LEONE
        United States Attorney

        /s/Kevin T. Traskos
        Kevin T. Traskos
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        Telephone:(303) 454-0100
        Fax: (303) 454-0404
        kevin.traskos@usdoj.gov

        Counsel for the United States of America