**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER and THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
NORMAN D. PRITCHARD, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT; and
RICHARD H. CLARK, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT,

    Defendants.

_____

**PLAINTIFFS' MOTION FOR AN ORDER
EXTENDING THE TIME TO FILE A REPLY**
_____

    COME NOW the Plaintiffs and move the Court for an order extending the time to file a Reply to the Oppositions of the Defendants and the United States to Plaintiffs' Motion for Summary Judgment to and including October 7, 2005. IN SUPPORT WHEREOF, it is stated as follows:

    When counsel for the Defendants and the United States contacted Plaintiffs' counsel concerning their motions to extend the time for filing Oppositions to September 12, 2005, Plaintiffs'

counsel agreed on the condition that the time for filing Plaintiffs' Reply would be set for October 7, 2005. This understanding was set forth in the Town Defendants' and United States' motions and the Plaintiffs believed that it would be included in the Court's Order granting them an extension of time. However, the Court's Orders granting those motions make no reference to this understanding.

Plaintiffs' counsel, a sole practitioner, has relied on this understanding and requires until October 7th to file a reply on behalf of Plaintiffs. It is, therefore, respectfully requested that the time for filing Plaintiff's reply by extended to and including October 7, 2005.

          Respectfully submitted,

          s/   Robert R. Tiernan
          Robert R. Tiernan
          3165 S. Waxberry Way
          Denver, CO  80231
          Telephone:  (303) 671-2490
          FAX: (303) 743-7810
          E-mail: jwells1960@netzero.com
          Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| sdawes@lhdlaw.com | and I hereby certify that I have mailed or served the document |
| dostermeier@lhdlaw.com | or paper to the following non CM/ECF participants in the |
| lcochran@lhdlaw.com | manner indicated by the non-participant's name: |
| hcphillips@hphclaw.com | |
| mla@hphclaw.com | Dewey Shanks      Via U.S. Mail |
| theodore.hirt@usdoj.gov | P.O. Box 635 |
| kevin.traskos@usdoj.gov | Estes Park, CO 80517 |

          s/   Robert R. Tiernan
          Robert R. Tiernan
          Attorney for the Plaintiffs
          3165 S. Waxberry Way
          Denver, CO  80231
          Telephone:  (303) 671-2490
          FAX: (303) 743-7810
          E-mail: jwells1960@netzero.com