IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-N-153 - MJW

DAVID HABECKER, and THE FREEDOM FROM RELIGION FOUNDATION

      Plaintiff,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
DEWEY SHANKS, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER
NORMAN D. PRITCHARD, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER; and
RICHARD H. CLARK, MEMBER, PETITIONERS' COMMITTEE TO RECALL HABECKER

      Defendants.

_____

## NOTICE OF CHANGE OF ADDRESS
_____

      Please take notice that, effective October 1, 2005, the address for counsel for Defendants Richard Clark and Norman Pritchard will be changed. The new address is:

      Herbert C. Phillips, Esq.
      Hayes, Phillips, Hoffmann & Carberry, P.C.
      675 Main Street
      P.O. Box 1046
      Fairplay, CO  80440
      Telephone No. 719-836-9005
      Fax No. 719-836-9010
      E-mail: hcphillips@hphclaw.com

      DATED this 28th day of September, 2005.

2

**HAYES, PHILLIPS, HOFFMANN
& CARBERRY, P.C.**
Signed original document maintained and
available pursuant to Rule 212


By: /s/ Herbert C. Phillips
HERBERT C. PHILLIPS
Attorney for Defendants Pritchard & Clark
Hayes, Phillips, Hoffmann & Carberry, P.C.
675 Main Street
P.O. Box 1046
Fairplay, CO  80440
Telephone No. 719-836-9005
Fax No. 719-836-9010
E-mail: hcphillips@hphclaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2005, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following e-mail addresses:

Steven J. Dawes, Esq.
sdawes@hldlaw.com

Sophia H. Tasi, Esq.
stsai@lhdlaw.com

Robert R. Tiernan
Jwells1960@netzero.com

Theodore Hirt, Esq.
theodore.hirt@usdoj.gov

and by first class mail to:

Dewey Shanks
P.O. Box 635
Estes Park, CO  80517

Gregory Alan White
1423 West 29th Street
Loveland, CO  80538

/s/ Mildred L. Axtell

2

*9/28/05*
*Q:\USERS\HABECKER RECALL\CHANGE OF ADDRESS.DOC*