IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER and THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
SUE DOYLEN, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
WAYNE NEWSOME, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO;
JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO;
VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO;
GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
NORMAN D. PRITCHARD, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT; and
RICHARD H. CLARK, MEMBER, ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT,

    Defendants.

## TOWN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS

Defendants, TOWN OF ESTES PARK, COLORADO; BOARD OF TRUSTEES OF

THE TOWN OF ESTES PARK, COLORADO; LORI JEFFREY-CLARK, TRUSTEE OF THE

TOWN OF ESTES PARK, COLORADO; SUE DOYLEN, TRUSTEE OF THE TOWN OF

ESTES PARK, COLORADO; CHUCK LEVINE, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO; WAYNE NEWSOME, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO; BILL PINKHAM, TRUSTEE OF THE TOWN OF ESTES PARK, COLORADO; JOHN BAUDEK, MAYOR OF THE TOWN OF ESTES PARK, COLORADO; VICKIE O'CONNOR, TOWN CLERK OF THE TOWN OF ESTES PARK, COLORADO; and GREG WHITE, TOWN ATTORNEY FOR THE TOWN OF ESTES PARK, COLORADO, (hereinafter "Town Defendants") by their attorneys, STEVEN J. DAWES and SOPHIA H. TSAI of LIGHT HARRINGTON & DAWES, P.C., and pursuant to Fed.R.Civ.P. 56, hereby submit their Motion for Summary Judgment, or in the Alternative, Motion to Dismiss.

1. Plaintiffs seek a declaratory judgment and relief under 42 U.S.C. § 1983 for alleged constitutional violations relating to the Pledge of Allegiance and its recital at board meetings for the Town of Estes Park. As a result of these alleged violations, Plaintiff Habecker was recalled from his position as a town Trustee.

2. Plaintiffs do not have standing to challenge the Pledge of Allegiance or its recitation. Further, Plaintiffs are not entitled to challenge the Colorado Recall Statute, C.R.S. § 31-4-501, *et seq.* because they failed to exhaust their remedies.

3. Moreover, the Pledge of Allegiance, its recitation at Town board meetings, and the Recall Statute are entitled to a presumption of constitutionality, and Plaintiffs cannot meet their heavy burden of proving otherwise.

4. Summary judgment is intended to permit a speedy and expeditious disposal of cases, where it appears uncontroverted that there are no genuine issues of fact in dispute and the moving party should prevail as a matter of law. *See Fancher v. Clark*, 127 F. Supp. 452, 455-

456 (D. Colo. 1954).  In this case, no genuine issues of fact are in dispute; therefore, summary judgment is appropriate.

   5. Contemporaneously herewith, Defendants have filed a Brief in Support of their Motion for Summary Judgment.  Defendants hereby incorporate by reference the entirety of their Brief in Support of their Motion for Summary Judgment.

   **WHEREFOR**, Defendants request this Court grant them summary judgment and dismiss with prejudice any and all claims asserted against them by Plaintiff in this case.

         Respectfully Submitted,


          s/ Sophia H. Tsai
         Steven J. Dawes
         Sophia H. Tsai
         Light, Harrington & Dawes, P.C.
         1512 Larimer St., Suite 300
         Denver, CO 80202
         Telephone: 303-298-1601
         Facsimile: 303-298-1627
         Email:  sdawes@lhdlaw.com
            stsai@lhdlaw.com
         *Attorneys for the Town Defendants*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 28th, 2005, I electronically filed the foregoing **TOWN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jwells1960@netzero.com (Robert R. Tiernan, Esq.)

hcphillips@hphclaw.com (Herbert C. Phillips, Esq.)

theodore.hirt@usdoj.gov (Theodore Hirt, Esq.)

and I hereby certify that I have mailed the foregoing **TOWN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS** to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Dewey Shanks                         *Via U. S. Mail*
P.O. Box 635
Estes Park, CO  80517

Gregory Alan White, Esq.             *Via U. S. Mail*
1423 West 29th Street
Loveland, CO  80538

                          ___s/  Sophia H. Tsai_____