IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00153–EWN–MJW

DAVID HABECKER and
THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, Trustee of the Town of Estes Park, Colorado;
SUE DOYLEN, Trustee of the Town of Estes Park, Colorado;
CHUCK LEVINE, Trustee of the Town of Estes Park, Colorado;
WAYNE NEWSOM, Trustee of the Town of Estes Park, Colorado;
BILL PINKHAM, Trustee of the Town of Estes Park, Colorado;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
GREG WHITE, Town Attorney for the Town of Estes Park, Colorado;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, Member, Estes Park Citizens for Representative Government;
NORMAN D. PRITCHARD, Member, Estes Park Citizens for Representative Government;
and
RICHARD H. CLARK, Member, Estes Park Citizens for Representative Government;

    Defendants,

and

UNITED STATES OF AMERICA,

    Intervenor Defendant.

**ORDER**

This matter is before the court on "Plaintiff's Opposition to Defendants' Motions for Summary Judgment," filed October 18, 2005.  (hereinafter "Pl.'s Br.")  Plaintiff's brief patently fails to comply with the procedural rules of this court.

My rules require that:

> [a]ny party opposing the motion for summary judgment shall in a section of the brief styled Response to Statement of Undisputed Facts, admit or deny the asserted material facts set forth by the movant.  The admission or denial shall be made in separate paragraphs numbered to correspond to movant's paragraph numbering.  Any denial shall be accompanied by a brief factual explanation of the reasons for the denial and a specific reference to material in the record supporting the denial.

(*See* Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment ¶ 4.)  Plaintiff wholly ignored my procedural rule by offering new and different facts of his own in a section of his brief styled "Disputed Facts," and failing to admit or deny Defendants' factual allegations.  (Pl.'s Br. at 6.)

It would behoove Plaintiff to read the court's *Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment* prior to resubmitting his brief.  The court beseeches Plaintiff to pay particular attention to instructions in Paragraphs (4)–(5) therein, which govern the presentation of factual assertions in a brief in opposition to a motion for summary judgment.  (*See* Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment ¶¶ 4–5.)  Further non-compliance with these procedures will not be tolerated.

Based on the foregoing, it is ordered that the Plaintiff's Opposition to Defendants' Motions for Summary Judgment is STRICKEN.  Plaintiff shall have ten days to resubmit his response to

Defendants' motions for summary judgment. Defendants shall reply within ten days of Plaintiff's response.

        Dated this 24th day of October, 2005.

                        BY THE COURT:

                        /s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge