# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Edward W. Nottingham

Civil Action No. 05–cv–00153–EWN–MJW

DAVID HABECKER and
THE FREEDOM FROM RELIGION FOUNDATION, INC.,

Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, Trustee of the Town of Estes Park, Colorado;
SUE DOYLEN, Trustee of the Town of Estes Park, Colorado;
CHUCK LEVINE, Trustee of the Town of Estes Park, Colorado;
WAYNE NEWSOM, Trustee of the Town of Estes Park, Colorado;
BILL PINKHAM, Trustee of the Town of Estes Park, Colorado;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
GREG WHITE, Town Attorney for the Town of Estes Park, Colorado;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, Member, Estes Park Citizens for Representative Government;
NORMAN D. PRITCHARD, Member, Estes Park Citizens for Representative Government;
and
RICHARD H. CLARK, Member, Estes Park Citizens for Representative Government;

Defendants,

and

UNITED STATES OF AMERICA,

Intervenor Defendant.

_____

## FINAL JUDGMENT
_____

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a)(1), the following FINAL JUDGMENT is hereby entered.

Pursuant to the written Amended Order and Memorandum of Decision filed by Judge Edward W. Nottingham on September 25, 2006, judgment is entered as follows: that:

1. Plaintiffs' motion for summary judgment (Doc. 62) is denied.

2. Intervenor's motion for summary judgment (Doc. 87) is granted.

3. Defendants' motion for summary judgment (Doc. 88) is granted. Plaintiffs' federal claims are dismissed with prejudice. Plaintiffs' state law claims are dismissed without prejudice to refiling in state court.

4. Judgment is entered in favor of Defendants Town of Estes Park, Colorado, Board of Trustees of the Town of Estes Park, Colorado, Lori Jeffrey-Clark, Sue Doylen, Chuck Levine, Wayne Newsom, Bill Pinkham, John Baudek, Vickie O'Connor, Greg White, Estes Park Citizens for Representative Government, Dewey Shanks, Norman D. Pritchard, and Richard H. Clark, and Intervenor United States of America, and against Plaintiffs David Habecker and The Freedom from Religion Foundation, Inc., dismissing Plaintiffs' federal claims with prejudice and Plaintiffs' state claims without prejudice.

5. Defendants and Intervenor may have their costs by filing a bill of costs within eleven days of the date of the Amended Order and Memorandum of Decision.

Dated this 28th day of September, 2006.

| APPROVED BY THE COURT: | ENTERED FOR THE COURT:<br>GREGORY C. LANGHAM, CLERK |
|---|---|
| s/Edward W. Nottingham | s/Stephen P. Ehrlich |
| _____ | _____ |
| EDWARD W. NOTTINGHAM<br>United States District Judge | Stephen P. Ehrlich<br>Chief Deputy Clerk |