***NOTE: IT IS YOUR RESPONSIBILITY TO RESUME THE TIME (ANY TUESDAY, WEDNESDAY OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION

AO133 (Rev 06/02)

Case 1:05-cv-00153-EWN-MJW   Document 103   Filed 09/28/2006   Page 1 of 2

**BILL OF COSTS**

| United States District Court | DISTRICT | |
|---|---|---|
| | COLORADO | |
| DAVID HABECKER and | DOCKET NO. | |
| THE FREEDOM FROM RELIGION FOUNDATION, INC. | 05-cv-00153-EWN-MJW | |
| V. | MAGISTRATE CASE NO. | |
| TOWN OF ESTES PARK, COLORADO, et al. | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 18 2006
GREGORY C. LANGHAM
CLERK

Judgment having been entered in the above entitled action on September 22, 2006 against Plaintiffs
the clerk is requested to tax the following as costs:

**BILL OF COSTS**

| | |
|---|---|
| Fees of the clerk ........................................................................................................ | $ |
| Fees for service of summons and complaint ............................................................... | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case .(See Ex. 1)...... | $ 405.35 |
| Fees and disbursements for printing ...(See Ex. 2 and Ex. 2A)....................................... | $ 1,195.26  1.50 |
| Fees for witnesses (itemized on reverse side) ............................................................. | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............................................. | $ |
| Docket fees under 28 U.S.C. § 1923 ........................................................................... | $ |
| Costs incident to taking of depositions ....................................................................... | $ |
| Costs as shown on Mandate of Court of Appeals ........................................................ | $ |
| Other costs (Please itemize) ..(See Ex. 2, 3A, 3B, 3C, 3D, 3E and 3F)......................... | $ 1,232.84 |
|    Exhibit 3A - Messenger fees    $ 74.89 | |
|    Exhibit 3B - Federal Express fees    $ 69.00 | |
|    Exhibit 3C - Westlaw charges    $923.32 | |
|    Exhibit 3D - Facsimile charges    $ 81.00 | |
|    Exhibit 3E - Mileage/Travel costs    $ 80.71 | |
|    Exhibit 3F - Computer court searches    $ 3.92 | |
| **Please review and comply with D.C.COLO.LCivR .54.1** | $ 2,853.45 |
| TOTAL | $ 2,853.45   406.85 |

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney    /s/ Steven J. Dawes

Print Name    Steven J. Dawes and Sophia H. Tsai    Phone Number    (303) 298-1601

For:    Town Defendants (Town of Estes Park, Mayor, and City Council members)    Date    September 28, 2006
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time | Wednesday, October 11, 2006, 9:00 a.m. 18 |
|---|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ | 406.85 |
| CLERK OF COURT GREGORY C. LANGHAM | (BY) DEPUTY CLERK DATE: | 10/18/06 |