IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00153-EWN-MJW

DAVID HABECKER and
THE FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiffs,

v.

TOWN OF ESTES PARK, COLORADO;
BOARD OF TRUSTEES OF THE TOWN OF ESTES PARK, COLORADO;
LORI JEFFREY-CLARK, Trustee of the Town of Estes Park, Colorado;
SUE DOYLEN, Trustee of the Town of Estes Park, Colorado;
CHUCK LEVINE, Trustee of the Town of Estes Park, Colorado;
WAYNE NEWSOM, Trustee of the Town of Estes Park, Colorado;
BILL PINKHAM, Trustee of the Town of Estes Park, Colorado;
JOHN BAUDEK, Mayor of the Town of Estes Park, Colorado;
VICKIE O'CONNOR, Town Clerk of the Town of Estes Park, Colorado;
GREG WHITE, Town Attorney for the Town of Estes Park, Colorado;
ESTES PARK CITIZENS FOR REPRESENTATIVE GOVERNMENT;
DEWEY SHANKS, Member, Estes Park Citizens for Representative Government;
NORMAN D. PRITCHARD, Member, Estes Park Citizens for Representative Government; and
RICHARD H. CLARK, Member, Estes Park Citizens for Representative Government,

    Defendants,
and

UNITED STATES OF AMERICA,

    Intervenor Defendant.

_____

**NOTICE OF APPEAL**
_____

    Notice is hereby given that plaintiff David Habecker, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the FINAL JUDGMENT entered in this action on September 28, 2006. Plaintiff The Freedom From Religion Foundation, Inc. and Defendants Norman D. Pritchard and Richard H. Clark are not included in this appeal.

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on ____November 24, 2006____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| sdawes@lhdlaw.com | and I hereby certify that I have mailed or served the document |
| stsai@lhdlaw.com | or paper to the following non CM/ECF participants in the |
| dostermeier@lhdlaw.com | manner indicated by the non-participant's name: |
| hcphillips@hphclaw.com | |
| mla@hphclaw.com | Dewey Shanks          Via U.S. Mail |
| theodore.hirt@usdoj.gov | P.O. Box 635 |
| kevin.traskos@usdoj.gov | Estes Park, CO 80517 |
| malinda.stevens@usdoj.gov | |
| USACO.ECFCivil@usdoj.gov | |

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com

2