## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within ten days of filing the notice of appeal

Short Title: __Habecker v. Town of Estes Park, et al._____   District:___Colorado_____

District Court Number: ___05-CV-00153_____   Circuit Court Number:___06-1515_____

Name of Attorney: _____Robert R. Tiernan_____

    Name of Law Firm: ____Robert R. Tiernan_____

    Address of Firm:_____3165 S. Waxberry Way    Denver, CO 80231_____

    Telephone of Firm: ____(303) 671-2490_____   Attorneys for:____Plaintiff-Appellant_____

Name of Court Reporter: _ Paul Zuckerman_____   Telephone of Reporter:___(303) 629-9285_____

### PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE

    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
      number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire:_____; Opening Statements:_____;

Trial proceedings: _____; Instruction Cnf:_____;

Jury Instructions: _____; Closing Arguments:_____;

Post Trial Motions: _____; Other Proceedings:_March 2, 2005_____

(Attach additional pages if necessary)

[X Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[] This case is proceeding under the Criminal Justice Act.

NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____s/ Robert R. Tiernan_____   Date:___December 4, 2006_____

### PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date:_____

A-8 Revised 8/03   Transcript Order Form

**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I** - To be completed by appellant within ten days of filing the notice of appeal

Short Title: __Habecker v. Town of Estes Park, et al._____ District:___Colorado_____
District Court Number: ___05-CV-00153_____ Circuit CourtNumber:___06-1515_____
Name of Attorney: _____Robert R. Tiernan_____
    Name of Law Firm: ____Robert R. Tiernan_____
    Address of Firm:_____3165 S. Waxberry Way     Denver, CO 80231_____
    Telephone of Firm:____(303) 671-2490_____ Attorneys for:____Plaintiff-Appellant_____
Name of Court Reporter: _ Therese Lindblom_____ Telephone of Reporter:___(303) 628-7877_____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A -** I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
      number _____

**SECTION B -** I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)
Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments:_____;
Post Trial Motions: _____; Other Proceedings:_February 10, 2005 and February 22, 2005
(Attach additional pages if necessary)

[X Appellant will pay the cost of the transcript.
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: ____s/ Robert R. Tiernan_____ Date:___December 4, 2006_____

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date:_____

A-8 Revised 8/01   Transcript Order Form