Case 1:05-cv-00153-EWN-MJW   Document 109   Filed 12/04/2006   Page 1 of 2

**PART I - To be completed by appellant within ten days of filing the notice of appeal**

Short Title: __Habecker v. Town of Estes Park, et al._____   District:___Colorado_____

District Court Number: ___05-CV-00153_____   Circuit Court Number:___06-1515_____

Name of Attorney: _____Robert R. Tiernan_____

    Name of Law Firm: ____Robert R. Tiernan_____

    Address of Firm:_____3165 S. Waxberry Way     Denver, CO 80231_____

    Telephone of Firm: ____(303) 671-2490_____   Attorneys for:____Plaintiff-Appellant_____

Name of Court Reporter: _ Paul Zuckerman_____   Telephone of Reporter:___(303) 629-9285_____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A -  I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
        [] A transcript is not necessary for this appeal, or
        [] The necessary transcript is already on file in District Court
        [] The necessary transcript was ordered previously in appeal
           number _____

**SECTION B -  I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
               (Specify the date and proceeding in the space below)

Voir dire:_____; Opening Statements:_____;

Trial proceedings: _____; Instruction Cnf:_____;

Jury Instructions: _____; Closing Arguments:_____;

Post Trial Motions: _____; Other Proceedings:_March 2, 2005_____

                (Attach additional pages if necessary)

        [X **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

        [] **This case is proceeding under the Criminal Justice Act.**
**NOTE:**  Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.  An order of the district court allowing payment for the transcript at government expense must be obtained.  *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____s/ Robert R. Tiernan_____ Date:___December 4, 2006_____

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: *12-5-06*
Estimated completion date: *12-5-06*
Estimated number of pages: *21*
I certify that I have read the instructions on the reverse side and that adequate arrangements have been made.

Signature of Court Reporter: *[signature]*     Date: *12-5-06*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 5 2006

GREGORY C. LANGHAM
CLERK

*CC: USCA, CH, PZ & BOBBI*

A-8 Revised 8/03   Transcript Order Form