**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOTICE: APPEAL TRANSCRIPT

DEC 5 2006

GREGORY C. LANGHAM
CLERK

Short Title: Habecker v. Estes Park   District: Colorado

District Court # 05cv00153-EWN   Circuit Court # 06-1515

Name of Court Reporter: **PAUL A. ZUCKERMAN**

This notice is to inform you that all appeal transcript ordered from this reporter has been completed and has been filed with the District Court Clerk's Office on this date.

Dated: 12-5-06

By: _____
Official Court Reporter

cc: Tenth Circuit Court of Appeals