# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

January 16, 2007

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Habecker v. Estes Park, Town of et al**

Court of Appeals Case No. 06-1515
District Court Case No. 05-cv-00153-EWN-MJW

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

All transcripts ordered for the appeal are now on file with this court as of 01/10/07 .

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ Bobbi Reed
Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING