FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2007

GREGORY C. LANGHAM
CLERK

NOTICE: APPEAL TRANSCRIPT

Short Title: _Habecker v Town of Estes Park_  District: Colorado

District Court # _05cv153-EWN_  Circuit Court # _06-1515_

Name of Court Reporter:

Therese Lindblom

This notice is to inform you that all appeal transcript ordered from this reporter has been completed and has been filed with the District Court Clerk's Office on this date.

Dated: _1-8-07_

By: _Therese_
Official Court Reporter

cc: Tenth Circuit Court of Appeals

2/10/05
2/22/05