# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  　　　　April 07, 2008  　　　　Douglas E. Cressler
Clerk of Court  　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   06-1515, Habecker, et al v. Town of Estes Park, et al
　　　　　Dist/Ag docket: 05-CV-153-EWN-MJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court. Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Steven J. Dawes
　　　Troy A. Eid
　　　Theodore C. Hirt
　　　Robert M. Loeb
　　　Herbert C. Phillips
　　　Lowell V. Sturgill
　　　Robert R. Tiernan
　　　Kevin T. Traskos
　　　Sophia Hua Tsai
　　　Dewey Shanks